.*AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

**Gerald Smith**                          **JUDGMENT IN A CIVIL CASE**

    vs.                               **Case No. 2:08-cv-015**

                                    **Magistrate Judge King**

**Ohio Department of**
**Rehabilitation and Correction, et al**

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

    IT IS ORDERED AND ADJUDGED that pursuant to the Stipulation of Dismissal filed on May 9, 2012, this case is dismissed.

Date: May 16, 2012                             **James Bonini, Clerk**

                                      **By:  s/Rashan Spraggins**
                                        **Rashan Spraggins , Deputy Clerk**